**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OCWEN ORLANDO HOLDINGS CORP.,**

**Plaintiff,**

-vs-                                                         Case No. 6:07-cv-1113-Orl-31DAB

**HARVARD PROPERTY TRUST LLC,**

**Defendant.**

_____

## ORDER

On August 1, 2007, Magistrate Judge Baker entered a Report and Recommendation (Doc. 16), recommending that Plaintiff's Motion to Remand (Doc. 7) be GRANTED. Defendant filed timely objections to the Report (Doc. 17). Defendant argues that Judge Baker's recommendation is incorrect because this case is controlled by *Global Satellite Communication Co. V. Starmill U.K. Ltd.,* 378 F.3d 1269 (11th Cir. 2004). However, the contractual provision at issue in *Global Satellite* contained substantially different language from the clause at issue here. The clause in *Global Satellite* specifically prohibited venue and *in personam* jurisdiction objections, and made no mention of transfer. *Id.* at 1271. Here, the plain language of the clause specifically prohibits transfer. Upon *de novo* review of the above, this Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

    2.       The Plaintiff's Motion to Remand (Doc. 7) is **GRANTED**.

    3.       This Case is **REMANDED** to the Orange County Circuit Court from which it was removed and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 13, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party